IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Treace Medical Concepts Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Fusion Orthopedics LLC,<br><br>Defendant. | No. CV-22-00490-PHX-SRB<br><br>**ORDER** |

Pending before the Court are Defendant's Motion for Leave to File Under Seal Exhibits in Support of Defendant's Opposition to Motion for Preliminary Injunction and Motion to Strike Testimony (Doc. 82), Defendant's Motion for Leave to File Under Seal Exhibits in Support of Defendant's Sur-Reply to Motion for Preliminary Injunction (Doc. 95) and Defendant's Motion for Leave to File Under Seal Exhibits in Support of Defendant's Sur-Reply to Motion for Preliminary Injunction (Doc. 98).  LRCiv 5.6(b) requires any motion to seal to "set forth a clear statement of the facts and legal authority to justify the filing of a document under seal."  Defendant's motions state only that certain exhibits contain information it has designated as "Highly Confidential – Attorneys Eyes Only." This statement is not a clear statement of facts or legal authority justifying the filing of any document under seal.

IT IS ORDERED denying Defendant's Motion for Leave to File Under Seal Exhibits in Support of Defendant's Opposition to Motion for Preliminary Injunction and Motion to Strike Testimony (Doc. 82), Defendant's Motion for Leave to File Under Seal

Exhibits in Support of Defendant's Sur-Reply to Motion for Preliminary Injunction (Doc. 95) and Defendant's Motion for Leave to File Under Seal Exhibits in Support of Defendant's Sur-Reply to Motion for Preliminary Injunction (Doc. 98) without prejudice to resubmit in compliance with LRCiv 5.6(b).

Dated this 24th day of October, 2022.

_____
Susan R. Bolton
United States District Judge