IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Treace Medical Concepts Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Fusion Orthopedics LLC,<br><br>Defendant. | No. CV-22-00490-PHX-SRB<br><br>**ORDER** |

Pending before the Court is Defendant's Motion for Leave to File Under Seal Motion to Disqualify Expert From Accessing Protected Material and Supporting Exhibits (Doc. 100).  LRCiv 5.6(b) requires any motion to seal to "set forth a clear statement of the facts and legal authority to justify the filing of a document under seal."  Defendant's motion states only that the motion and supporting exhibits contain information Plaintiff has designated as "Highly Confidential – Attorneys Eyes Only."  This statement is not a clear statement of facts or legal authority justifying the filing under seal.

IT IS ORDERED denying Defendant's Motion for Leave to File Under Seal Motion to Disqualify Expert From Accessing Protected Material and Supporting Exhibits without prejudice to resubmit in compliance with LRCiv 5.6(b). (Doc. 100)

Dated this 27th day of October, 2022.

Susan R. Bolton
United States District Judge